UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------X
ERIC BOOKER,

                Plaintiff,

-against-

PRECISION PHARMA SERVICES, INC. and
V.I. TECHNOLOGIES, INC.,

                Defendants.

----------------------------------X

MEMORANDUM AND ORDER

CV 04-5728

(JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 27 2005 ★

BROOKLYN OFFICE

WEINSTEIN, *Senior District Judge*:

Defendant, Precision Pharma Services, Inc., moves to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Since material outside the pleadings has been supplied in support of the motion, convert it to a motion for summary judgment with additional materials and briefs if desired. The present motion is deemed denied without prejudice.

                SO ORDERED.

                              JACK B. WEINSTEIN
                              *SENIOR UNITED STATES DISTRICT JUDGE*

Dated: Brooklyn, New York
       May 23, 2005

